Decision Per Curiam.

J. O. Gibson, Plaintiff in Error, vs. John W. McAlpine,
George S. Leatherbury, Jr., and A. J. Patterson, De-
fendants in error

Writ of error to Circuit Court, Liberty county;
John W. Malone, Judge.

*C. H. B. Floyd,* for Plaintiffs in Error.

No appearance for Defendants in Error.

Memorandum Decisions.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. Writ of error dismissed on præcipe of counsel for the plaintiff in error.

Decision Per Curiam.